## SPAK v STATE

Ohio Appeals, 8th Dist, Cuyahoga Co

No 14124. Decided Sept 15, 1934

B. D. Zieve, Cleveland, for plaintiff in error.

Ezra Z. Shapiro, Cleveland, Michael A. Picciano, Cleveland, and Stephen Gobozy, Cleveland, for defendant in error.

For full opinion see 1 OO 39, 48 Oh Ap 371.